JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Teresa Cruz Garcia., <br>     Plaintiff, <br> vs. <br> Kilolo Kijakazi, Acting Commissioner of Social Security, <br>     Defendant. | Case No. 2:22-cv-01449-AC <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from April 4, 2023 to June 5, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.  Good cause exists for the requested extension. For the weeks of March 27, 2023 and April 3, 2023, Counsel currently has 31 merit briefs, and several letter briefs and reply briefs.

This includes cases that undersigned counsel took on during co-counsel's, Dolly M. Trompeter, leave of absence. Additional time is needed to thoroughly brief this matter for the Court.

Counsel for Plaintiff is currently taking partial leave as his child was born on October 14, 2022. Thus, Counsel is working limited hours.

Additionally, Counsel underwent major surgery on March 15, 2023, requiring post-op physical therapy, with the need for several breaks throughout the workday.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 30, 2023 | PENA & BROMBERG, ATTORNEYS AT LAW |
|  |  |
|  | By: /s/ Jonathan Omar Pena |
|  | JONATHAN OMAR PENA |
|  | Attorneys for Plaintiff |
|  |  |
| Dated: March _, 2023 | PHILLIP A. TALBERT |
|  | United States Attorney |
|  | MATHEW W. PILE |
|  | Associate General Counsel |
|  | Office of Program Litigation |
|  | Social Security Administration |
|  |  |
|  | By:  */s/ Oscar Gonzalez |
|  | Oscar Gonzalez |
|  | Special Assistant United States Attorney |
|  | Attorneys for Defendant |
|  | (*As authorized by email on March 30, 2023) |

**|PROPOSED| ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: March 31, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE