PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
SHANNON FISHEL, GSBN 376604
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Tel.: (212) 264-0534
    Email: Shannon.Fishel@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA CRUZ GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:22-cv-01449-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 23, 2023, up to and including August 22, 2023. This is the Defendant's first request for an extension. Plaintiff previously received a thirty (30) day extension of time for her brief, and a short three (3) day extension for filing. *See* ECF Docs. 13, 15.

    Defendant requests this extension because she needs additional time to ensure that she can properly consider the 3,800-page record and Plaintiff's arguments, determine whether possibilities for settlement exist, and if not, develop her response to Plaintiff's motion.  Since

Plaintiff filed his motion on June 8, 2023, the undersigned counsel for Defendant has had deadlines in six district court cases and one circuit court case, along with three district court oral arguments.  Counsel for Defendant also has deadlines in seven more cases before the end of July.  Additionally, she has taken several days of leave to attend to family matters, some of which required out-of-state travel.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  July 20, 2023

/s/ *Jonathan O. Pena*
(*as authorized via e-mail on July 19, 2023)
JONATHAN O. PENA
Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:     /s/  *Shannon Fishel*
SHANNON FISHEL
Special Assistant U.S. Attorney
Attorneys for Defendant

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 22, 2023, to respond to Plaintiff's Motion for Summary Judgment.

DATED: July 20, 2023

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE